IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | § § § | NO. 4:07-cv-02108 |
| Plaintiffs, | § § | |
| vs. | § § | |
| Brian Reese, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice ("Joint Stipulation"). Having considered the Joint Stipulation, and finding good cause therein, the Court hereby ORDERS this case is dismissed with prejudice, each party to bear its or his own costs and fees. The Clerk is directed to close this case.

DATED April 2, 2008   By _____
Honorable Ewing Werlein, Jr.
United States District Judge